UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJEEV MALHOTRA,<br><br>    Plaintiff,<br><br>v.<br><br>RAKHEE SHARMA, et al.,<br><br>    Defendants. | Case No. 19-cv-07011-JCS<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

On October 25, 2019, the Court issued an order setting an initial case management conference for January 24, 2020. *See* Order Setting Initial Case Management Conference (dkt. 3). The parties' case management statements were due on January 17, 2020. No party filed a case management statement or appeared at the case management conference. *See* Civil Minute Order (dkt. 6). Plaintiff Sanjeev Malhotra is therefore ORDERED to appear at 2:00 PM on February 28, 2020 in Courtroom F, located on the fifteenth floor of the federal courthouse at 450 Golden Gate Avenue in San Francisco, and SHOW CAUSE why this case should not be dismissed for failure to prosecute and failure to appear as required by the Court's October 25, 2019 order.

Malhotra, who is not represented by counsel, is encouraged to consult with the Federal Pro Bono Project's Legal Help Center in either of the Oakland or San Francisco federal courthouses for assistance. The San Francisco Legal Help Center office is located in Room 2796 on the 15th floor at 450 Golden Gate Avenue, San Francisco, CA 94102. The Oakland office is located in Room 470-S on the 4th floor at 1301 Clay Street, Oakland, CA 94612. Appointments can be made by calling (415) 782-8982, signing up in the appointment book located outside either office, or emailing federalprobonoproject@sfbar.org. Telephone appointments are available. Lawyers at the Legal Help Center can provide basic assistance to parties representing themselves but cannot provide legal representation.

**IT IS SO ORDERED.**

Dated: January 28, 2020

JOSEPH C. SPERO
Chief Magistrate Judge